**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD KUPFERSCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-1501 |
| | ) | |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| LATOYA HUGHES, *et al.*, | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, Timothy Novak (sued as "Sergeant Novak"), Jaime Rodriguez (sued as "Sergeant Rodriguez"), Jeffrey Roth (sued as "Sergeant Roth"), Allen Paputsa (sued as "Sergeant Pappatios"), and Ryan Woods (sued as "Warden R. Woods")(collectively, the "Defendants"), by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and hereby move this Honorable Court to extend the deadline to answer or otherwise plead in response to Plaintiff's Complaint. Dkt. 1. In support thereof, Defendants state the following:

1.      On February 3, 2026, Plaintiff initiated this suit pursuant 42 U.S.C. § 1983 against Defendants, Latoya Hughes, "Sgt. Novak", "Sgt. Rodriguez", "Sergeant Roth", "Sgt. Pappatios", "Warden R. Woods", "Sgt. Gibson", "Sgt. Melvin", "Ms. McManhan", "Ms. O'Ahos", and unidentified Jane Doe Correctional Officer,  alleging that prison officials at the Sheridan Correctional Center were deliberately indifferent to his serious medical needs. Dkt. 1, p. 2-4.

2.      On May 5, 2026, the Court conducted a screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(b)(1)-(2) and allowed Plaintiff to proceed on claims against defendants Woods, Novak, Rodriguez, Gibson, Pappatios (Paputsa), Roth, Jane Doe, and McManhan. Dkt. 5.

3.     The Court found Plaintiff stated a claim against Defendant Warden Woods for alleged restrictions of reading materials while Plaintiff was in restrictive housing at Sheridan Correctional Center for 29 days in September and October 2024. *Id.* at 5.

4.     The Court further established that Plaintiff stated Eighth Amendment conditions of confinement claim based on inadequate medical care and deliberate indifference to Plaintiff's serious medical needs when Defendants McManhan, Gibson, Paputsa, Novak, Rodriguez, Roth, and Jane Doe Correctional Officer failed to adequately address Plaintiff's need for mental and medical care while in restrictive housing. *Id.* at 6.

5.     On May 27, 2026, the Court filed to the docket executed waivers of service for Illinois Department of Corrections ("IDOC") Defendants Novak, Paputsa, Rodriguez, Roth, and Woods, ordering their answers due by July 6, 2026. Dkt. 12.

6.     On June 18, 2026, the undersigned counsel filed her appearance for Defendants Novak, Paputsa, Rodriguez, Roth, and Woods. Dkt. 14.

7.     Notably, service upon Defendant "Sgt. Gibson" has not yet been effectuated and no appearance has been entered on his behalf.

8.     Furthermore, undersigned counsel was away from the office from June 14, 2026 through June 17, 2026 due to a jury trial in the Central District of Illinois, for the matter of *Bolden v. Orris*, Case No. 24-cv-4199.

9.     On June 19, 2026, in observance of the Juneteenth holiday, both the Courts and the Office of the Illinois Attorney General were closed.

10.     Similarly, both the Courts and the Office of the Illinois Attorney General will be closed on Friday, July 3, 2026 in observance of Independence Day.

11.     For these reasons, undersigned counsel for Defendants requires additional time to meet and confer with her clients and adequately prepare an answer or otherwise plead in response to Plaintiff's Complaint in accordance with her obligations under Fed. R. Civ. P. 11.

12.     Accordingly, Defendants respectfully request that the deadline for their response be extended by 30-days, up to and including August 7, 2026.

13.     On June 30, 2026, in accordance with applicable Local Rules, the undersigned counsel conferred with Plaintiff's counsels via e-mail regarding this motion for an extension of time and Plaintiff's counsels have no objection to this motion or the relief requested herein.

14.     This motion is filed in good faith and not for the purposes of undue delay.

15.     Defendants further submit that no party will be prejudiced in the granting of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants Novak, Rodriguez, Roth, Paputsa, and Woods respectfully request this Honorable Court grant their unopposed motion and enter an order extending the deadline to answer or otherwise plead in response to Plaintiff's Complaint, up to and including, August 7, 2026, and order any other relief this Court deems just.

Date: July 1, 2026

KWAME RAOUL
Attorney General of Illinois
*Counsel for Defendants*
*Novak, Rodriguez, Roth,*
*Paputsa, and Woods*

Respectfully submitted,

*By: s/Victoria Wondolowski*
Victoria Wondolowski
Assistant Attorney General
Office of the Attorney General
115 S. La Salle Street
Chicago, Illinois 60603
(312) 814-3131
victoria.wondolowski@ilag.gov

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD KUPFERSCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-cv-1501 |
| | ) | |
| v. | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| LATOYA HUGHES, *et al.*, | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, under penalty of perjury, I filed the foregoing document, ***Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead,*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| **Richard Burk Lapp** | **Ala Salameh** | **Ridhima Bhalla** |
|---|---|---|
| Seyfarth Shaw LLP | Seyfarth Shaw, LLP | Seyfarth Shaw, LLP |
| 233 South Wacker Drive, | 233 S. Wacker Drive, | 233 South Wacker Drive, |
| Suite 8000 | Suite 8000 | Suite 8000 |
| Chicago, IL 60606 | Chicago, IL 60606 | Chicago, IL 60606 |
| rlapp@seyfarth.com | asalameh@seyfarth.com | rbhalla@seyfarth.com |

Date: July 1, 2026

KWAME RAOUL
Attorney General of Illinois
*Counsel for Defendants*
*Novak, Rodriguez, Roth,*
*Paputsa, and Woods*

Respectfully submitted,

*By: s/Victoria Wondolowski*
Victoria Wondolowski
Assistant Attorney General
Office of the Attorney General
115 S. La Salle Street
Chicago, Illinois 60603
(312) 814-3131
victoria.wondolowski@ilag.gov

4